No. 6914. Moss *v.* New Jersey. Sup. Ct. N. J. Certiorari denied.

No. 6924. Lane et al. *v.* Pate, Warden, et al. C. A. 7th Cir. Certiorari denied.

No. 6931. White *v.* Cardwell, Warden. C. A. 6th Cir. Certiorari denied.

No. 6932. Lane *v.* Wingo, Warden. C. A. 6th Cir. Certiorari denied.

No. 6937. Setzler *v.* Florida. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 6939. Valdez *v.* Craven, Warden. C. A. 9th Cir. Certiorari denied.

No. 6941. Weis *v.* Mancusi, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 6943. Benningfield *v.* Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 6949. Martin *v.* Illinois. Sup. Ct. Ill. Certiorari denied.

No. 6951. Hillery *v.* Nelson, Warden. C. A. 9th Cir. Certiorari denied.

No. 6953. Rodriguez *v.* Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 648. Barnes *v.* A. S. Abell Co. Ct. App. Md. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition.